No. 04–8164. LETIZIA v. BURGE, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–8168. MYERS v. MILLER-STOUT, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 04–8172. HICKS v. STRAUB, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–8175. DANIELS v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 04–8176. MS. S. v. VASHON ISLAND SCHOOL DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–8182. KELLY ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–8183. GORMAN v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 04–8186. SHAFER v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 04–8188. SEDGWICK v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 04–8190. CARTY v. PHILLIPS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–8191. ARRIOLA v. PLILER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8192. CANNON v. MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 04–8193. ANAGAW v. GONZALES, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–8194. BROOKS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.